# COMPLAINT

### (for filers who are prisoners without lawyers)

APR 1 4 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Jason Farr

v.

Case Number **21-C-046**

(Full name of defendant(s))

Waukesha Police Department, Waukesha Police Officer Jeremy Bousman

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __Waukesha County Jail, 515 W. Moreland Blvd., Waukesha, WI 53188__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Waukesha P.D., Officer Jeremy Bousman__
   (Name)

   is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Waukesha Police Department, 1901 Delafield St., Waukesha, WI 53188_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On January 22and, 2021 at approximately 1 p.m. Waukesha Police

Officer Jeremy Bousman while arresting me Jason Farr did use

excessive force and even punched me in the jaw and continiously held

my head. Police Officer Jeremy Bousman did violate my constitual

rights of due process and punished me by punching me in the face

in the back seat of a squad suv and the whole incident is

contained on video. Constitutional Amendments 5,6,8, and 14 were

violated

Complaint – 2

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are)
different from the state citizenship of every defendant, and the amount of
money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or to
stop doing something.

$15 million

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ · NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___9 th___ day of ___April___ 20 21 .

Respectfully Submitted,

_____
Signature of Plaintiff

___1571926___
Plaintiff's Prisoner ID Number

___P.O. Box 0217___

___Waukesha, WI 53187-0217___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE
FULL FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee.
I have completed a Request to Proceed in District Court without Prepaying the
Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the
filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this
complaint.

Complaint – 5

Jason Farr #1571926
Waukesha County Jail
P.O. Box 0217
Waukesha, WI 53187-0217

This letter has
been mailed from

APR 1 0 2021

Waukesha County
Jail

MILWAUKEE WI 530

12 APR 2021 PM 3 L FOREVER
USA

Barn Swallow

Clerk of Court
U.S. District Court
For the Eastern District of Wisconsin
517 East Wisconsin Ave., Rm 362
Milwaukee, WI 53202

53202-458299