IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JASON M. FARR,

Plaintiff,

v. Case No. 21-CV-469

JEREMY BOUSMAN,

Defendant.

---

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

---

NOW COMES the defendant, JEREMY BOUSMAN, by his attorneys, CRIVELLO CARLSON, S.C., hereby answers Plaintiff's Complaint (Dkt. 1) as follows:

**PARTIES**

A.1. Answering paragraph 1, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies the same putting Plaintiff specifically to his proof thereon.

A.2. Answering paragraph 2, Defendant admits.

**STATEMENT OF CLAIM**

B.1-5. Answering Section B: Statement of Claim, Defendant denies that Plaintiff's allegations contained therein are accurate or complete and, therefore, denies the same.

**JURISDICTION**

C. Answering Section C: Jurisdiction, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies the same putting Plaintiff specifically to his proof thereon.

## RELIEF WANTED

D. Answering Section D: Relief Wanted, Defendant denies that Plaintiff is entitled to any of the relief requested.

## AFFIRMATIVE DEFENSES

Defendant, JEREMY BOUSMAN, by his attorneys, CRIVELLO CARLSON, S.C., submits the following affirmative defenses to Plaintiff's Complaint (Dkt. 1):

a. All or a portion of Plaintiff's Complaint fails to state a claim against this answering Defendant upon which relief can be granted;

b. The injuries and damages sustained by Plaintiff, if any, were caused in whole or in part by the acts or omissions of Plaintiff;

c. The injuries and damages sustained by Plaintiff, if any, were caused in whole or in part by the acts or omissions of persons other than this answering Defendant;

d. The claims in the Complaint may be barred by the applicable statute of limitations;

e. The claims in the Complaint may be barred, in whole or in part, by the doctrines of laches, waiver, and/or estoppel;

f. The claims in the Complaint may be barred, in whole or in part, by the doctrines of res judicata and/or issue preclusion;

g. This answering Defendant is immune from suit under common law and statutory immunities and privileges, including qualified immunity;

h. To the extent that this answering Defendant is named in his individual capacity, all or portions of the Complaint must be dismissed due to the lack of Defendant's personal involvement;

i. This action is subject to the requirements of the Prison Litigation Reform Act, including limitations on recovery of monetary damages and attorney fees.

j. Plaintiff may lack standing to raise the claims asserted in the Complaint;

k. Plaintiff may have failed to exhaust administrative remedies other than pursuit of a lawsuit in federal district court;

l. At all times relevant to matters alleged in Plaintiff's Complaint, Defendant acted in good faith and in accordance with established laws and administrative rules; and

m. This answering Defendant reserves the right to amend this Answer to assert additional defenses as discovery proceeds.

**WHEREFORE**, Defendant respectfully requests judgment as follows:

a. for a dismissal of the plaintiff's Complaint upon its merits with prejudice;

b. for the costs and disbursements of this action; and

c. for such other relief as this court deems just and equitable.

**DEFENDANT HEREBY DEMANDS A JURY**

Dated this 24th day of November, 2021.

By: *s/ Zachary J. Flood*
SAMUEL C. HALL, JR.
State Bar No.: 1045476
ZACHARY J. FLOOD
State Bar No.: 1099136
CRIVELLO CARLSON, S.C.
Attorneys for Defendant, Jeremy Bousman
710 N. Plankinton Avenue
Milwaukee, WI 53203
Telephone: 414.271.7722
Fax: 414.271.4438
Email: shall@crivellocarlson.com
zflood@crivellocarlson.com